Woody Thompson (AZ Bar No. 021356)
Jay S. Volquardsen (AZ Bar No. 020950)
Hannah H. Porter (AZ Bar No. 029842)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Phone: 602-530-8000
Fax: 602-530-8500
woody.thompson@gknet.com
jay.volquardsen@gknet.com
hannah.porter@gknet.com
*Attorneys for Defendant George Harry Johnson*

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>James Franklin Norton, *et al*.,<br>Defendants. | Case No. 2:17-CR-00713-JJT<br><br>**MOTION FOR RECONSIDERATION / MOTION RE-URGING**<br><br>**DEFENDANT GEORGE HARRY JOHNSON'S MOTION TO DISMISS THE INDICTMENT**<br><br>(Dkt. 107)<br><br>(Assigned to the Hon. John J. Tuchi) |

Defendant George Harry Johnson, by and through undersigned counsel, hereby re-urges (and moves this Court to reconsider) the Motion to Dismiss the Indictment (and the corresponding Reply in Support of the Motion), filed on March 23, 2018 based on prosecutorial misconduct in presenting evidence to the Grand Jury. U.S. Const. amend. V. The original Motion and the Reply in Support of the original Motion are hereby incorporated by reference.

The Defendant re-urges this Court to reconsider the original Motion based on the testimony presented on June 21, 2018 relating to the number of states that allow pass-through entities to recover their income taxes. Specifically, Jeff Crockett testified that based on his review of research, 25 jurisdictions (24 states and FERC) allowed the "tax

pass-through policy" as of May 1, 2017. Thus, evidence has now been presented that conclusively establishes that the "tax pass-through" policy was not "rare" in Arizona or nationally, nor was Johnson Utilities' request unique or novel.

In its efforts to secure its indictment, the government presented the income tax pass through as an anomalous benefit sought only by Johnson Utilities. Mr. Crockett's testimony shows the government's statements to be false.

For the reasons outlined above and set forth in more detail in the original Motion, Defendant George Johnson re-urges the Motion to Dismiss the Indictment filed on March 23, 2018 and requests that the Court dismiss the Indictment based on material misrepresentations made to the grand jury in violation of the U.S. Constitution.

DATED this 25th day of June, 2018

GALLAGHER & KENNEDY, P.A.

By: */s/ Woody Thompson*
Woody Thompson
Jay S. Volquardsen
Hannah H. Porter
Attorneys for *Defendant George H. Johnson*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2018, a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5.5(h), notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

The Honorable James Tuchi
United States District Court
401 W. Washington Street
Phoenix, AZ 85003-2156
*tuchi_chambers@usd.uscourts.gov*

Frederick A. Battista
Frank T. Galati
United States Attorney's Office
Two Renaissance Square

40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

Patricia Gitre
Patricia A. Gitre, PLC
801 N. 1st Avenue
Phoenix, AZ 85003
*Attorneys for Defendant Gary L. Pierce*

Ashley Adams
Ashley D. Adams, PLC
8245 N. 85th Way
Scottsdale, AZ 85258
*Attorneys for Defendant Sherry A. Pierce*

Ivan K. Mathew
Susan Turner Mathew
Mathew & Associates
6245 N. 24th Parkway, Suite 207
Phoenix, AZ 85016

Steven W. Cheifetz
Cheiftez Law Firm PLLC
3442 N. 53rd Street
Phoenix, AZ 85018
*Attorneys for Defendant James Franklin Norton*

*/s/ Deborah Yanazzo*
6677039