IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Gary Leonard Pierce, et al.,<br><br>             Defendants. | No. CR-17-00713-PHX-JJT<br><br>**ORDER** |

**P**ursuant to the parties' Joint Request for Second Extension of Time for Return or Destruction of Protected Materials Pursuant to Protective Order (Doc. 409), and good cause appearing;

**IT IS ORDERED** granting the parties' Joint Request for Second Extension of Time for Return or Destruction of Protected Materials Pursuant to Protective Order (Doc. 409).

**IT IS FURTHER ORDERED** extending the deadline for the return or destruction of material protected by the Amended Protective Order Re: Confidential Information (Doc. 82) or the Protective Order Re: Personal Identifying Information (Doc. 55) by an additional 180 days.  The parties shall have up to and including October 7, 2019 to return or destroy material protected by the Amended Protective Order Re: Confidential

Information (Doc. 82) or the Protective Order Re: Personal Identifying Information (Doc. 55).

Dated this 9th day of April, 2019.

_____
Honorable John J. Tuchi
United States District Judge